

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TIMOTHY OLIVER BROWN, | § | |
| | | No. 08-19-00074-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 109th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Crane County, Texas |
| | § | |
| Appellee. | | (TC# 1818) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF AUGUST, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.